IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMON AGUSTIN ANGULO URGILES,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and ROBERT SORENSON, Cass County Sheriff;<br><br>Respondents. | 8:26CV30<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of the Petitioner.

Dated this 4th day of February, 2026.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge